FILED
United States Court of Appeals
Tenth Circuit

February 9, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

CHARLES CLINE,

    Plaintiff - Appellant,

v.

CLINICAL PERFUSION SYSTEMS, INC.,

    Defendant - Appellee,

and

KEVIN ESAU; TYLER MCKEON,

    Defendants.

No. 22-5107
(D.C. No. 4:22-CV-00314-CVE-CDL)
(N.D. Okla.)

_____

## JUDGMENT
_____

Before **MATHESON**, **EBEL**, and **CARSON**, Circuit Judges.
_____

    This case originated in the Northern District of Oklahoma and was argued by counsel.

    The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the Northern District of Oklahoma for

further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk